UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

DONNA J. WOOD                                       Chapter 7
                                                                                                              Case No. 21-60735

DEBTOR(S)

BEVERLY BURDEN, TRUSTEE
For the bankruptcy estate of
Donna J. Wood                                               PLAINTIFF

V.                                                                                              Adv. No. _____

CARVANA, LLC                                              DEFENDANT

## COMPLAINT WITH ATTACHED EXHIBITS

Comes the Trustee, Beverly Burden, by counsel, and for her complaint respectfully alleges as follows:

### JURISDICTION AND VENUE

1. This is an adversary proceeding brought pursuant to FRBP Rule 7001 of Title 11 of the United States Code.

2. The jurisdiction of this case is based upon 28 U.S.C. 1334 in that it arises under Title 11 U.S.C..

3. This is a core proceeding under 28 U.S.C. 157 specifically 11 U.S.C. 157(b)(2)(F).

4. Venue for this complaint is proper pursuant to 28 U.S.C. 1409.

5. This is an adversary complaint brought under 11 U.S.C. Sections 544, 550 and 551.

6. This proceeding is related to the bankruptcy case, In Re: Donna J. Wood: Case No. 21-60735, presently pending in the United States Bankruptcy Court for the Eastern District of Kentucky, London, Kentucky.

7. The parties consent to entry of final orders or judgment by the Bankruptcy Court.

## PARTIES

8. Plaintiff Beverly Burden is the duly appointed Chapter 13 Trustee for Donna J. Wood who filed her bankruptcy on November 2, 2021 in the Eastern District of Kentucky, London, Kentucky.

9. Carvana, LLC is the transferee of the subject transfer.

## FACTUAL ALLEGATIONS

10. On June 30, 2021, Donna J. Wood entered into a Retail Installment Contract with Carvana, LLC for the purchase of a 2015 GMC Terrain, VIN 2GKALTEK2F6217285.

11. Carvana, LLC failed to record its lien on the Certificate of Title to the 2015 GMC Terrain, VIN 2GKALTEK2F6217285.

12. The debtor filed her bankruptcy on November 2, 2021 in the Eastern District of Kentucky, London, Kentucky.

## COUNT I

13. Plaintiff incorporates all previous paragraphs.

14. Plaintiff as a hypothetical lien creditor of the debtor has superior title to the subject property than Carvana, LLC and any interest Carvana, LLC may have in the

subject property is avoidable by plaintiff under 11 U.S.C. 544 due to Carvana, LLC's failure to record its lien on the Certificate of Title to the 2015 GMC Terrain, VIN 2GKALTEK2F6217285.

WHEREFORE, the Plaintiff prays the Court enter a judgment in favor of the Plaintiff against the Defendant as follows:

A. The Trustee's interest in the debtor's property described herein is superior to all others and any interest Defendant may have in the property described herein is subordinate to the interest of the Plaintiff.

B. That the unperfected lien of the defendant be avoided and preserved for the benefit of the bankruptcy estate.

C. That this Court order defendant to issue and file a Termination Statement (UCC-3) with the County Clerk terminating any lien in the subject property.

D. That Plaintiff recover her costs, expenses, attorney fees and be granted any other relief which she is entitled at law and in equity.

Atkinson, Simms & Kermode PLLC
1608 Harrodsburg Rd.
Lexington, Kentucky 40504
(859) 225-1745 Telephone
(859) 254-2012 FAX
jdk@ask-law.com

By: _J. D. Kermode_____
J. D. KERMODE
ATTORNEY FOR TRUSTEE