# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE:

| | |
|---|---|
| **DONNA JEAN WOOD** | **CASE NO. 21-60735** |
| **DEBTOR** | |

| | |
|---|---|
| **BEVERLY M. BURDEN,** *Trustee for the Bankruptcy Estate of Donna J Wood* | **PLAINTIFF** |
| | **ADV. NO. 23-6010** |
| **V.** | |
| | **DEFENDANT** |
| **CARVANA, LLC** | |

## ORDER FOR TRIAL

It is ORDERED:

1. The parties shall have to and through **January 3, 2024,** to complete discovery.

2. All dispositive motions shall be filed on or before **January 10, 2024.**

3. The parties shall explore settlement of the within matter and file a joint report advising that the settlement conference was held and the results thereof on or before **January 24, 2024.**

4. On or before **January 24, 2024,** the parties shall produce for inspection by the opposing party(ies) and file an Exhibit List and copies of all exhibits that are to be placed in evidence. The exhibits shall be marked with exhibit numbers and the pages of each shall be numbered. Unless written objections to the authenticity and/or admissibility of each such exhibit are filed on or before **February 7, 2024,** the exhibit shall be deemed authentic and may be admitted upon request of the party to admit the exhibit into evidence at trial. In the absence of good cause, no exhibit may be offered in evidence except upon compliance with the conditions contained in this order.

5. The parties shall file Joint Stipulations of Fact on or before **February 7, 2024.**[1]

6. By **February 7, 2024,** each party shall file a Trial Brief which shall include a list of witnesses expected to be called at trial, with summary of anticipated testimony. The Trial Brief shall set forth the issues in question, a summary of what the evidence will tend to prove, and case and statutory authority in support of the respective positions of the parties.

---

[1] Instructions available at http://www.kyeb.uscourts.gov Judge's Info – Special Instructions – Joint Stipulations Preparation.

7. Trial of this proceeding shall be held **at 10:30 a.m. (prevailing time) on February 21, 2024, in the U.S. Bankruptcy Court, United States Courthouse Annex, U.S. District Courtroom C (3rd Floor), 310 South Main Street, London, Kentucky.**

Counsel for the parties are further directed to inform the Court and file a Notice of Settlement herein as soon as any settlement is reached which disposes of the matter set for trial.

8. Each party shall have a sufficient number of copies of pre-numbered exhibits at trial for the court, its law clerk, opposing counsel, and the witness. If a party intends to use any portion of the main file as evidence in this proceeding, copies of the portions to be used shall be marked as exhibits.

9. No requests for continuance of the trial will be considered unless a motion for continuance is filed and served on opposing counsel or parties appearing *pro se* at least 21 days prior to the date scheduled for trial. Such motion must be accompanied by the affidavit of a party or counsel for a party detailing the factual basis for the relief requested.

2

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, October 26, 2023**
(grs)