UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

DONNA J. WOOD                                                                                      Chapter 7
                                                                                                               Case No. 21-60735

DEBTOR(S)

BEVERLY BURDEN, TRUSTEE
For the bankruptcy estate of
Donna J. Wood                                                                                      PLAINTIFF


V.                                                                                                              Adv. No. 23-6010

CARVANA, LLC                                                                                    DEFENDANT

## AGREED ORDER OF DISMISSAL

Come now the Chapter 13 Trustee, by counsel, and the Creditor Carvana, LLC ("Carvana") by counsel, and do hereby advise the Court of the following agreement of the parties:

1. Carvana has a lien on a certain 2015 GMC Terrain, VIN 2GKALTEK2F6217285 (the "Vehicle"), which lien is subject to the Trustee's avoidance powers under 11 U.S.C. § 544 and may be avoidable as a transfer of an interest of the debtor in property pursuant to 11 U.S.C. § 544.

2. The Vehicle is property of the bankruptcy estate pursuant to 11 U.S.C. § 541. Should the Trustee avoid the lien of the Carvana pursuant to 11 U.S.C. § 544, the transfer would be preserved for the benefit of the bankruptcy estate pursuant to 11 U.S.C. § 551.

3. The confirmed plan provides, and Carvana hereby agrees, that Carvana shall be treated as the holder of an allowed unsecured claim, and its claim shall be paid on a pro rata basis with other allowed unsecured claims as provided in the confirmed plan.

4. In the event this case is converted to one under chapter 7 of the Bankruptcy Code:

    a. Carvana agrees not to raise any statute of limitations (including the limitations period set forth in 11 U.S.C. § 546(a)), laches, waiver or similar defenses to an adversary complaint filed by a chapter 7 trustee appointed upon conversion, and the chapter 7 trustee is granted an extension of time for filing an adversary complaint without further orders of the Court, provided the trustee files such complaint within the later of:

        i. The maximum statutory time permitted under the Bankruptcy Code as if this case had been originally filed under chapter 7; or

        ii. The date of conversion plus one hundred eighty (180) days.

    b. Carvana retains the right to raise all other available defenses to any adversary complaint brought by a chapter 7 trustee to avoid the lien of Carvana.

5. Carvana shall be under no obligation to release its lien unless and until the Debtor completes all payments under the confirmed plan. Upon completion of payments under the plan, Carvana shall file all necessary documents to effectuate a release of its lien with the appropriate county clerk.

6. Regarding insurance proceeds:

    a. During the pendency of the chapter 13 case, insurance proceeds are property of the estate and must be paid to the Chapter 13 Trustee, who after deducting her

statutory percentage fee shall hold the insurance proceeds pending completion, dismissal, or conversion.

    i. The Chapter 13 Trustee shall disburse the proceeds to unsecured creditors only when such proceeds are sufficient to complete payments under the plan.

    ii. Should the case be dismissed prior to plan completion, the Trustee shall disburse the proceeds to Carvana as soon as administratively possible after entry of an order dismissing the case.

    iii. Should the case be converted to one under chapter 7, the Chapter 13 Trustee shall pay the proceeds to the chapter 7 Trustee, who shall hold the funds pending further orders of the Court.

7. Nothing herein shall be binding on any party should this case be dismissed, either voluntarily or involuntarily.

The parties being in agreement, and the Court being sufficiently advised,

IT IS SO ORDERED.

HAVE SEEN AND AGREED:

/s/ J. D. Kermode
J. D. Kermode
1608 Harrodsburg Rd.
Lexington KY  40504
(859) 225-1745
jdk@ask-law.com
COUNSEL FOR CHAPTER 13 TRUSTEE,
BEVERLY BURDEN

/s/ Jon J. Lieberman,
Jon J. Lieberman
Sottile & Barile
394 Wards Corner Road, Suite 180
Loveland, OH  45140
(513) 444-4100
Jon.lieberman@sottileandbarile.com
COUNSEL FOR CARVANA, LLC

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, November 14, 2023**
(grs)